IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS LOPEZ, | No. C -12-01575 EDL |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DAPC LLC, et al., | |
| Defendants. | |

This action came before the Court, Magistrate Judge Elizabeth D. Laporte presiding, and the issues have been duly heard and considered and a decision having been fully rendered,

IT IS ORDERED AND ADJUDGED that in accordance with the Court's Order of June 14, 2012, Defendants' Motion to Dismiss is GRANTED without leave to amend.

Dated: June 14, 2012

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge